UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

1410 LEXINGTON AVENUE LLC,

                              Plaintiff,

                 -v.-

MICHELE IULIANO and ANISA IULIANO,

                              Defendants.

---

25 Civ. 6179 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On August 11, 2025, the Court scheduled an initial pretrial conference in this matter for October 23, 2025, which is two days from now.  (*See* Dkt. #8).  The Court further ordered the parties to submit a proposed Case Management Plan and joint letter by last Thursday, October 16, 2025.  (*Id.*).  But, to date, the parties have not done so.  Indeed, Defendants have not even appeared in this case.  On October 17, 2025, the Court emailed counsel of record for Plaintiff to inquire about the status of the required documents.  The Court also asked whether Plaintiff had been in contact with Defendants and, if not, encouraged Plaintiff to request an adjournment of the initial pretrial conference and to follow the default judgment procedure outlined in the Court's Individual Rules of Practice in Civil Cases.  Counsel for Plaintiff has not responded to the Court's email.  Today, October 21, 2025, the Court called counsel for Plaintiff at the phone number listed on the docket but discovered that it is a wrong number: someone other than counsel, and unaffiliated with counsel's law firm, answered.

Accordingly, Plaintiff is ORDERED to file a letter with the Court by **October 30, 2025**, explaining the next steps it envisions for this case. The Court warns Plaintiff that failure to follow this Order — and continued failure to engage with this case — may lead the court to consider dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *see also LeSane* v. *Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (Rule 41(b) "gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute.").

SO ORDERED.

Dated:    October 21, 2025
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge