UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1410 LEXINGTON AVENUE LLC,<br><br>                    Plaintiff,<br><br>        -v.-<br><br>MICHELE IULIANO and ANISA IULIANO,<br><br>                    Defendants. | 25 Civ. 6179 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 25, 2025, Plaintiff filed a proposed Order to Show Cause and requested a Temporary Restraining Order and a prejudgment attachment of Defendants' assets in the amount of $199,233.00.  (Dkt. #13-14).  (Docket entry 13 is duplicative of docket entry 14 and appears to have been filed in error; docket entry 14 contains attached supporting documents absent from docket entry 13.)  The parties are hereby ORDERED to appear for a hearing on Plaintiff's application on **December 2, 2025**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendants shall be prepared to discuss any opposition to Plaintiff's application at the hearing.

        SO ORDERED.

Dated:    November 25, 2025
          New York, New York

                                    _____
                                    KATHERINE POLK FAILLA
                                    United States District Judge