UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1410 LEXINGTON AVENUE LLC,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>MICHELE IULIANO and ANISA IULIANO,<br><br>                    Defendants. | 25 Civ. 6179 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are ORDERED to appear for a conference to discuss Plaintiff's pending motion for default judgment or, in the alternative, for summary judgment (*see* Dkt. #32-36) on **April 29, 2026**, at **10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Defendants' response to Plaintiff's motion cites to affidavits of both Defendants, (Dkt. #31 at 4), but Defendants never in fact submitted these affidavits.  If Defendants would like to submit these previously created affidavits in advance of the conference, they may do so on or before **April 21, 2026**.

Dated:    April 17, 2026
          New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge