UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1410 LEXINGTON AVENUE LLC,<br><br>                    Plaintiff,<br><br>-v.-<br><br>MICHELE IULIANO and ANISA IULIANO,<br><br>                    Defendants. | 25 Civ. 6179 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth on the record at the April 29, 2026 conference, the Court DENIES Plaintiff 1410 Lexington Avenue LLC's motion for default judgment but GRANTS Plaintiff's motion for summary judgment.  The Court awards Plaintiff damages in the amount of $245,630 plus post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961.

As the Court explained in its oral decision, it reaches this damages calculation by summing the unpaid $9,270 monthly rent for February 2025 and March 2025; the $38,400 reimbursement of free rent credit; $148,320 in holdover charges for May 2025 through December 2025; $13,440 in late charges incurred on the unfulfilled rent obligations at a rate of 5%; and $26,930 in attorneys' fees and costs.

The Clerk of Court is directed to vacate the Certificates of Default entered against Defendants at docket entry 24, and to enter judgment in the amount of $245,630 plus post-judgment interest at the federal rate pursuant to 28 U.S.C. § 1961.  The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:   April 29, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2