**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
1410 LEXINGTON AVENUE LLC,

|  |  |
|---|---|
| Plaintiff, | 25 **CIVIL** 6179 (KPF) |
| -against- | **JUDGMENT** |

MICHELE IULIANO and ANISA IULIANO.

Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 29, 2026, the Court DENIES Plaintiff 1410 Lexington

Avenue LLC's motion for default judgment but GRANTS Plaintiff's motion for summary

judgment. The Court awards Plaintiff damages in the amount of $245,630 plus post-judgment

interest at the federal rate pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
　　　　　May 1, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**